TIFFANY & BOSCO
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-29293

**THIS ORDER IS APPROVED.**

Dated: March 29, 2011

_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Margaret A. Giddens<br>      Debtor.<br>_____<br>US Bank National Association, as Trustee for CMLTI 2006-WFHE1<br><br>      Movant,<br>  vs.<br><br>Margaret A. Giddens, Debtor; Gayle E. Mills, Trustee.<br>      Respondents | No. 4:10-bk-32125-JMM<br><br>Chapter 7<br><br>ORDER FOR ABANDONMENT<br><br>(Related to Docket #14) |

On this day came on for consideration, US Bank National Association, as Trustee for CMLTI 2006-WFHE1, its assignees and/or successors in interest ("Movant" herein) Motion for Abandonment pursuant to 11 U.S.C. 554(b). Good cause appearing,

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that all of the Trustee's interest in the following described real property is abandoned:

| | |
|---|---|
| 1 | 422 E. Echo Lane |
| 2 | Florence AZ 85132 |
| 3 | and legally described as: |

Lot 10, RANCHO ALTA ESTATES UNIT ONE, according to Cabinet S, Slide 57, records of Pinal County, Arizona.